# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DANNY RAY MOORE**                                                                    **PETITIONER**
Reg #21558-045

**V.**                              **CASE NO. 2:17-CV-212-BD**

**GENE BEASLEY, Warden,**
**Federal Correctional Institution-Low,**
**Forrest City, Arkansas**                                                             **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 18th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE